UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:16-mj-1824

UNITED STATES OF AMERICA

v.

Morgan C. Ferguson

MODIFIED
CHARGE

The above-named Defendant is charged with a on the Fort Bragg Military Reservation: 67/25 mph

The below-signed Special Assistant United States Attorney MODIFIES the charges to: Reckless Driving by Speed

Requiring collateral of $ 250.00
Administrative Costs $ 25.00
Total to Pay $ 275.00

Docket Date: 9.7.16
Submitted on: 11.1.16

---
DAVID M. PALKO
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Approved on this day, November 1, 2016.

Kimberly A. Swank, US Magistrate Judge